862

and *William Strong* for the United States.

No. 944. DRAKE ET AL. *v.* UNITED STATES. March 26, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Eustis Myres* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl, Leon Ulman* and *Mrs. Mayte B. Greene* for the United States.

No. 945. NEGRO *v.* BOSTON & MAINE RAILROAD. March 26, 1945. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Irving I. Goldsmith* for petitioner. *Mr. Charles E. Nichols* for respondent.

No. 957. PROCTOR ET AL. *v.* UNITED STATES. March 26, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Bernard A. Golding* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 965. MOSHER *v.* WAYLAND ET AL. March 26, 1945. Petition for writ of certiorari to the Supreme Court of Arizona denied. *Mr. Thomas O. Marlar* for petitioner. *Mr. Chas. L. Strouss* for respondents.